1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  SONNY RAY HARDAWAY,                    1:06-cv-01576-OWW-DLB-P

12              Plaintiff,         **ORDER ADOPTING FINDINGS AND
                                   RECOMMENDATION** (Doc. 12)
13  vs.
                                   **ORDER DISMISSING ACTION**
14  VICKIE ROBBINS, et al.,

15              Defendants.
                                      /
16

17      Plaintiff, Sonny Ray Hardaway ("plaintiff"), is a state

18  prisoner proceeding pro se in this civil rights action pursuant

19  to 42 U.S.C. § 1983.  The matter was referred to a United States

20  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

21  Rule 72-302.

22      On December 3, 2007, the Magistrate Judge filed Findings and

23  a Recommendation herein which were served on plaintiff and which

24  contained notice to plaintiff that any objections to the Findings

25  and Recommendation were to be filed within thirty (30) days.  To

26  date, plaintiff has not filed objections to the Magistrate

27  Judge's Findings and Recommendation.

28  //

                               1

1     In accordance with the provisions of 28 U.S.C.

2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3 <u>de novo</u> review of this case.  Having carefully reviewed the

4 entire file, the Court finds the Findings and Recommendation to

5 be supported by the record and by proper analysis.

6     Accordingly, IT IS HEREBY ORDERED that:

7     1.   The Findings and Recommendation, filed December 3,

8 2007, are ADOPTED IN FULL; and,

9     2.   This action is DISMISSED based on plaintiff's failure

10 to obey the court's order of October 12, 2007.

11 IT IS SO ORDERED.

12 **Dated:    February 8, 2008**               **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE